

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | _Teandrea_ _____ _Watson_ |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: _____ District of ___ | |
| Case number (if known) | 17-26417 |
| Chapter filing under: | ☐ Chapter 7 |
| | ☐ Chapter 11 |
| | ☐ Chapter 12 |
| | ☒ Chapter 13 |

```
            F I L E D
UNITED STATES BANKRUPTCY COURT
  NORTHERN DISTRICT OF ILLINOIS

           SEP 01 2017

  JEFFREY P. ALLSTEADT, CLERK
           INTAKE 2
```

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[☒] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110 | 9-26-17 |
| $ 100 | 10-19-17 |
| $ 100 | 11-17-17 |
| + $ _____ | _____ |
| **Total** $ 310 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

SEP 11 2017   By the court:   J Cox   _Jacqueline P. Cox_
Month / day / year                   United States Bankruptcy Judge